IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>vs.<br><br>RICHARD ALLEN WIGGINS<br>　　　　　Defendant,<br><br>and<br><br>EASTERN BAND OF CHEROKEE INDIANS,<br>　　　　　Garnishee. | CASE NO. DNCW2:13MJ12<br>(Financial Litigation Unit) |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is **ORDERED** that the Order of Continuing Garnishment filed in this case against Defendant Richard Allen Wiggins is **DISMISSED.**

Signed: June 20, 2017

_____
Dennis L. Howell
United States Magistrate Judge